UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PEARLINE CLARKE, Individually and as
Administratrix of the Estate of Leroy
"B.J." Brown, Jr. And Karen Clarke

v. : CASE NO. 3:00CV717(CFD)

THOMAS J. SWEENEY, Individually and in his
Official Capacity as Chief of Police of the City
of Bridgeport and THE CITY OF BRIDGEPORT

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law and having filed a Ruling granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 30th day of March, 2004.

KEVIN F. ROWE, Clerk

By D. _____
Devorah Johnson
Deputy Clerk

EOD_____