FILED

2004 APR 21  P 12: 03

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
FILE NO. 3:00CV0717(CFD)

| | |
|---|---|
| PEARLINE CLARKE, INDIVIDUALLY AND AS ADMX. OF THE ESTATES OF LEROY "B.J." BROWN AND KAREN CLARKE, <br>        PLAINTIFF <br><br> VS. <br><br> THOMAS J. SWEENEY <br> CITY OF BRIDGEPORT, <br>        DEFENDANTS | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : APRIL 15, 2004 |

## NOTICE OF APPEAL

Notice is hereby given that Pearline Clarke, Individually and as Administratrix of the Estates of Leroy "B.J." Brown and Karen Clarke, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the decision entered in this action on the 30th day of March, 2004 by the Honorable Christopher F. Droney granting the Defendants' Motion for Summary Judgment.

PLAINTIFF

By _____
Joseph A. Moniz (ct04316)
Moniz, Cooper & McCann, LLP
100 Allyn Street
Hartford, CT 06103
Tel. (860) 278-0200
His Attorneys