# DISTRICT OF CONNECTICUT - HARTFORD
## NOTICE OF APPEAL COVER MEMO

**DATE:** April 23, 2004        **TO:** Intake Clerk

**FROM:** Martha Gothers 860 240-3202

**FILED**
2004 MAY -3 A 11: 10
U.S. DISTRICT COURT
HARTFORD, CT.

**CASE TITLE:** Pearline Clark v. Thomas Sweeney

**DOCKET NO.:** 3:00cv717 (CFD)

**NOTICE OF APPEAL:** filed: April 21 2004

**APPEAL FROM:** final judgment: Court's order dated 3/30/04

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:**   Paid ✓     Due ____     N/A ____

IFP revoked ____     Application Attached ____

IFP pending before district judge ____

**COUNSEL:**   CJA ____     Retained ✓     Pro Se ____

**TIME STATUS:**   Timely ✓     Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____     Denied ____

**COA:**   Granted ____     Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** _Patricia Maffeo_     **DATE:** 4/28/04
DEPUTY CLERK, USCA

**USCA No.** _____.