

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

*FILED*
*JUN 23  12 59 PH '04*
*U.S. DISTRICT COURT*
*NEW HAVEN, CONN*

*FILED*
*JUN 1 7 2004*

Date:                   6/17/04

Docket Number:          04-2217-cv
Short Title:            Clarke v. Sweeney
DC Docket Number:      00-cv-717
DC:                    DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:              Honorable Christopher Dro

CTDC/NHCT
00-cv-717
DRONEY

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 17th day of  June two thousand four.

Clarke v. Sweeney                    04-2217-cv

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is
   ordered that the appeal from the order of  March 30, 2004  United States District
   Court for the United States District Court fo rthe District of New Haven Connecticut
   be and it hereby is dismissed.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by *Tammy Martinez*
DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk

*Tammy Martinez*
By:  Tammy Martinez
Deputy Clerk

CERTIFIED: *6/17/04*